Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. William T. Faricy, William B. Hale,* and *Otis Lowell Hastings* for petitioners. *Mr. Roy F. Hall* for respondents.

No. 302. FABER, EXECUTRIX, ET AL. *v.* TRIUMPH EXPLOSIVES, INC. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Spencer B. Michael, George H. Wallace,* and *Charles B. Cannon* for petitioners. *Mr. Harold F. Watson* for respondents.

No. 304. MARTIN BROTHERS BOX CO. *v.* NATIONAL LABOR RELATIONS BOARD. *October* 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Nolan Boggs* for petitioner. *Solicitor General Fahy* and *Messrs. Richard S. Salant, Robert B. Watts, Ernest A. Gross,* and *Morris P. Glushien* for respondent.

No. 305. THOMAS ET AL. *v.* EL DORADO IRRIGATION DISTRICT. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. W. Coburn Cook* for petitioners. *Mr. Chellis M. Carpenter* for respondent.

No. 306. MINER, SUCCESSOR TRUSTEE, *v.* RECONSTRUCTION FINANCE CORPORATION. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. George Edward Leonard* for petitioner. *Solicitor General Fahy* and *Messrs. Robert L. Stern, Hans A. Klagsbrunn,* and *Wil-*

*liam S. Allen* for respondent.

No. 308. LOFTIN ET AL., RECEIVERS, *v.* CROWLEY'S, INC. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Florida denied. *Messrs. Russell L. Frink* and *Robert H. Anderson* for petitioners.

No. 309. AKTIEBOLAGET SEPARATOR *v.* COMMISSIONER OF INTERNAL REVENUE. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Benjamin A. Matthews* and *Harold Harper* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.

No. 310. LACY *v.* UNITED STATES. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Frank J. Looney* for petitioner. *Solicitor General Fahy and Assistant Attorney General Berge* for the United States.

No. 312. DE BARDELEBEN COAL CO., INC. *v.* MACOMBER, ADMINISTRATRIX. October 12, 1942. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Mr. Richard B. Montgomery* for petitioner. *Mr. Alex. W. Swords* for respondent.

No. 315. ODLAND, RECEIVER, *v.* FAIRMONT SUPPLY CO. October 12, 1942. Petition for writ of certiorari to the Circuit Court, Marion County, West Virginia, denied.